Date Signed:
March 4, 2019



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>WAI YIN LAM,<br><br>        Debtor. | Case No. 18-00888<br>Chapter 7<br><br>Dkt. 41 |

## MEMORANDUM OF DECISION ON
## MOTION TO LIFT AUTOMATIC STAY

Rich Sea Corp. ("Rich Sea") seeks relief from the automatic stay to allow continued prosecution of an action against the debtor in state court. I will deny the motion for two reasons.

First, the action is no longer pending in the state court. The trustee has removed it to the bankruptcy court, and I have denied Rich Sea's motion to remand.[1] Granting stay relief is therefore unnecessary.

Second, even if there were an action in state court, cause would not exist to

---

[1] Adv. No. 18-90030, dkt. 62.

grant stay relief. For the reasons laid out in my decision denying Rich Sea's motion to remand,[2] the dispute between Rich Sea and the debtor involving Zhong Hui Investment LLC ought to be litigated in the bankruptcy court, not the state court.

Therefore, Rich Sea's motion is DENIED.

## END OF ORDER

---

[2] *Id.*